## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TP REMAINCO, LLC, *et al.*, | ) Case No. 20-11049 (LSS) |
| Debtors. | ) |
| Wayne Walker as Trustee of the Liquidating Trust of TP RemainCo, LLC, *et al.*, | ) |
| Plaintiff, | ) |
| v. | ) |
| Current Capital Partners LLC, | ) Adv. Pro. 22-50087-LSS |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

NOW, THEREFORE, this 10th day of February, 2023, IS HEREBY STIPULATED AND AGREED by and between Wayne Walker as Trustee of the Liquidating Trust of TP RemainCo, LLC, *et al.,* ("Plaintiff"), through his counsel, and Current Capital Partners LLC, ("Defendant"), through its counsel, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned adversary proceeding and any and all claims asserted therein are dismissed with prejudice, with each party to bear its own costs.

Case 22-50087-LSS    Doc 15    Filed 02/10/23    Page 2 of 2

| Dated: February 10, 2023 | Dated: February 10, 2023 |
|---|---|
| GELLERT SCALI BUSENKELL & BROWN, LLC | KLEHR HARRISON HARVEYBRANZBURG LLP |
| /s/  Amy D. Brown | /s/  Sally E. Veghte |
| Michael Busenkell (DE 3933) | Sally E. Veghte (DE 4762) |
| Amy D. Brown (DE 4077) | 919 Market Street, Suite 1000 |
| 1201 N. Orange Street, Suite 300 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Email: sveghte@klehr.com |
| Telephone: (302) 425-5800 | |
| Fax: (302) 425-5814 | |
| Email: mbusenkell@gsbblaw.com | *Counsel for Defendant* |
|         abrown@gsbblaw.com | |
| *Counsel to the Trustee* | |